Exhibit 1

## 001 longqihua

