**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Amy Zaleski

                                Plaintiff,

v.

                                  Case No.:
                                  1:26−cv−06543

                                  Honorable Sunil R.
                                  Harjani

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 5, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion for leave to conduct expedited discovery and electronic service of process [13] is entered and continued. Upon review of the complaint, the Court sua sponte raises the issue of whether the Court has specific personal jurisdiction over the defendant. Evidence "that it was possible to order the defendants' products and have them shipped to Illinois," including screenshots of the defendant's "website showing the checkout page with the infringing product, a Chicago shipping address, and the estimated total," but without evidence of a completed purchase is insufficient. Liu v. Monthly, 170 F.4th 1090, 1093 (7th Cir. 2026). The Court also raises whether electronic service of process is appropriate given the Seventh Circuit's recent decision in Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., No. 25−2205, 2026 WL 1502198 (7th Cir. May 29, 2026). By 6/12/2026, plaintiff shall file supplemental evidence showing a sale within the jurisdiction or a status report stating its basis to continue this case without such sale and detailing what efforts plaintiff has taken to determine defendant's address. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.